UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER W. POOL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-00942-JPH-MPB |
| | ) |
| ANDREW M. SAUL Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court **ENTERS JUDGMENT** in favor of Plaintiff under Federal Rule of Civil Procedure 58. The Court **REVERSES** in part and **AFFIRMS** in part the Commissioner's decision under sentence four of 42 U.S.C. § 405(g). The Court **REMANDS** this matter to the Agency for further proceedings. *See id.*

Date: 10/30/2020

Roger A. G. Sharpe, Clerk

By: _____
Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

Lu Han
SOCIAL SECURITY ADMINISTRATION
lu.han@ssa.gov

Timothy J. Vrana
TIMOTHY J. VRANA LLC
tim@timvrana.com

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov